**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **STEVEN ALLEN KEEL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Case No. CIV-26-1932-R** |
| | ) |
| **STATE OF OKLAHOMA,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Plaintiff, proceeding pro se, filed this action alleging violations of his civil rights. The claims appear to arise out of the same circumstances that are involved in an earlier-filed action pending before the undersigned, captioned *Keel v. State of Oklahoma*, et al., CIV-26-1503-R. Because this action and Case No. CIV-26-1503-R involve common questions of law and fact, they are suitable for consolidation under Federal Rule of Civil Procedure 42. Consolidation will serve the interests of justice, avoid unnecessary costs and delays, and promote judicial economy.

Accordingly, the Court concludes that the two actions should be consolidated. This action is hereby consolidated with Case No. CIV-26-1503-R for all purposes and is administratively closed. All the allegations, orders, and filings in the instant action are hereby deemed filed in the consolidated action and all future filings should be made only in CIV-26-1503-R. The Clerk of Court is directed to file a copy of this order in the CIV-26-1503-R action.

IT IS SO ORDERED this 30th day of July, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE